IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FOSTER W. GULLEY,

    Plaintiff,

vs.                                    CASE NO. 3:07cv409/RS-MD

ESCAMBIA COUNTY, et al,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 14) and Plaintiff's Objection (Doc. 17). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. This case is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), (iii), for failure to state a claim upon which relief may be granted and for seeking monetary relief against a Defendant who is immune from such relief.

3. The clerk is directed to close the file.

**ORDERED** on April 1, 2008.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**